**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| v. | NO. 3:18-CR-00123 |
| JOHN DAVID GOLOM, | (JUDGE CAPUTO) |
| Defendant. | |

**ORDER**

**NOW**, this 13th day of May, 2019, **IT IS HEREBY ORDERED** that the Motion to Dismiss filed by Defendant John Golom (Doc. 42) is **GRANTED**. The Indictment (Doc. 1) is **DISMISSED without prejudice**.

/s/ A. Richard Caputo
A. Richard Caputo
United States District Judge